UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TASHIA L. POPE,

                      Plaintiff,                      22 **CIVIL** 0274 (JCM)

      -against-                           **JUDGMENT**

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion Order dated September 28, 2023, Plaintiff's motion for judgment on the pleadings is DENIED, and the Commissioner's cross-motion GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
         September 29, 2023

                                                         **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                           **BY:**
                                                               **Deputy Clerk**